Case 2:04-cr-20513-JPM   Document 62   Filed 11/29/05   Page 1 of 2   PageID 72

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 NOV 29 PM 2:40

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>Plaintiff, )<br><br>VS )<br><br>MANUAL DUARTE-OROZCO )<br><br>Defendant(s) ) | CR. NO. 04-20513-Ml |

## ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY

This cause was set for report on Wednesday, November 23, 2005 at 9:00 a.m. Counsel for the defendant requested a continuance of the present setting. The continuance is necessary to allow for additional preparation in the case.

The Court granted the request and continued the matter for a Change of Plea Hearing to Monday, December 19, 2005 at 11:00 A.M. with a trial date of Tuesday, January 3, 2006.

The period from December 16, 2005 through January 13, 2006, is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) to allow defense counsel additional time to prepare.

**IT IS SO ORDERED** this the 29 day of November, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 32(b) FRCrP on 11-30-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 62 in case 2:04-CR-20513 was distributed by fax, mail, or direct printing on November 30, 2005 to the parties listed.

---

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Marty B. McAfee
MCAFEE & MCAFEE
246 Adams Ave.
Memphis, TN 38103

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT