IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ule D.C.

05 DEC 19 PM 5:49

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA )
    Plaintiff, )
  )
VS. ) CR. NO. 04-20513-Ml
  )
MANUAL DUARTE-OROZCO )
    Defendant. )
  )

## ORDER ON CHANGE OF PLEA

    This cause came on to be heard on December 19, 2005, the United States Attorney for this district, Thomas Colthurst, appearing for the Government and the defendant, Manual Duarte-Orozco, appearing in person and with counsel, Lorna McClusky, who represented the defendant.

    With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

    Plea colloquy was held and the Court accepted the guilty plea.

    **SENTENCING** in this case is **SET** for **FRIDAY, MARCH 17, 2006,** at **2:30 p.m., before Judge Jon Phipps McCalla.**

    Defendant is remanded to the custody of the U. S. Marshal.

    **ENTERED** this the 19 day of December, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12-20-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 65 in case 2:04-CR-20513 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Marty B. McAfee
MCAFEE & MCAFEE
246 Adams Ave.
Memphis, TN 38103

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Honorable Jon McCalla
US DISTRICT COURT